IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELDON SILVERSTEIN, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>TD Ameritrade Holding Corporation, and TD Ameritrade, Inc., f.k.a TD Waterhouse Investor Services, Inc.,<br><br>    *Defendants*. | 8:08CV175<br><br>ORDER |

This matter having come before the court on Plaintiff Sheldon Silverstein's and Defendants TD Ameritrade Holding Corporation's, and TD Ameritrade, Inc.'s, f.k.a TD Waterhouse Investor Services, Inc. joint motion to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) (Filing No. 24). The court has considered the joint motion to change venue, noting the agreement of the parties, and having further found that this action might have been brought originally in the United States District Court for the Southern District of New York, and that transfer is in the interest of justice. Additionally, the court has considered the parties' joint stipulation (Filing No. 25) seeking additional time for Defendants to file an answer or otherwise respond to the amended complaint should be granted. Upon consideration,

**IT IS ORDERED:**

1. The Joint Motion for a transfer of venue (Filing No. 24) is granted.

2. Pursuant to 28 U.S.C. § 1404(a), this action shall be transferred to the United States District Court for the Southern District of New York.

3. The Clerk of this Court shall transmit to the Clerk of the United States District Court for the Southern District of New York, a certified copy of this order and all the pleadings and papers on file in the Clerk's office relating to this action.

4.	The parties' Stipulation (Filing No. 25) is granted. The defendants shall have to **on or before August 11, 2008**, to answer or otherwise plead in response to the plaintiff's complaint.

DATED this 10th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge